**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 21 2005
THOMAS K. KAHN
CLERK

No. 05-14420-B

Dist. Ct. Dkt. No. 02-00111-CR-T-17-MAP

IN RE:

GREGORY G. SCHULTZ,

                        Petitioner.

---

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Florida

---

O R D E R:

    Jay G. Trezevant, Assistant United States Attorney, is directed to file a response to Petitioner's mandamus petition within fourteen (14) days of the date of this order. The district judge is welcome to respond to the petition within the same fourteen (14) day period, but is not required to do so. If the district judge elects not to participate, it would be helpful for her to serve and file a letter to that effect with this Court's Clerk within these fourteen days so that processing of the matter will not be delayed. See Fed. R. App. P. 21(b).

                                              /s/ Ed Carnes
                                     UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 21, 2005

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 05-14420-B**
Case Style: In Re: Gregory G. Schultz
District Court Number: 02-00111 CR-T-17-MAP

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

MOT-2 (03-2004)