UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:02-CR-111-T-17MAP

GREGORY G. SCHULTZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 2025   Notice of Publication
Dkt. 2028   Motion for Final Order of Forfeiture

Pursuant to 21 U.S.C. Sec. 853(n)(7) and Fed. R. Crim P. 32.2(c)(2), the United States of America moves for a Final Order of Forfeiture for the real property located at 3175 San Mateo St., Clearwater, Florida, 33759, legally described as:

> Lot 53, DEL ORO ESTATES, according to the
> Map or plat thereof as recorded in Plat Book 46
> Page 29, Public Records of Pinellas County, Florida.
>
> Parcel Identification Number 09-29-20790-000-0530.

The United States further requests that the Court vest title to the property in the United States for sale, and after payment of sale costs and satisfaction of valid liens, direct that one-half of the net proceeds be paid to the Claimant, pursuant to 21 U.S.C. Sec. 853(h). **See United States v. Dorman**, 38 F.Supp.3d 1328, 1330 (M.D. Fla. 2014), *aff'd* 603 F. App'x 844 (11th Cir. 2015).

Defendant Gregory Schultz was ordered to pay $16,797,374. to his victims. Defendant's co-defendants are jointly and severally liable for various amounts of Restitution. Defendants have collectively paid less than $150,000 in restitution to date. The Government has obtained approval to use forfeited funds to pay restitution and has turned over $1,352,286.74 to the Clerk for distribution to the victims. The United States is seeking to liquidate its interest in the San Mateo property so that

Case No. 8:02-CR-111-T-17MAP

its share of the net sale proceeds can be distributed to the victims.

The Court incorporates the Statement of Facts in the Government's Motion into this Order, and has attached the Statement of Facts as Exhibit A.

The Court finds that in accordance with 21 U.S.C. Sec. 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its Intent to dispose of the asset on the official government website, www.forfeiture.gov, from August 9, 2019 through September 7, 2019. (Dkt. 2025). The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, FL, 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court notes that the prior petition of June Schultz was fully adjudicated, and the Court concluded that Defendant Gregory Schultz held an undivided one-half interest in the San Mateo property. The Court ordered Claimant June Schultz to execute a quitclaim deed to the property reflect that Defendant Gregory Schultz held a one-half interest in the property, which was forfeited to the United States. On appeal, the Eleventh Circuit affirmed the district court's Order. Claimant June Schultz has not complied with the Order.

No other third party has filed a petition or claimed an interest in the real property, and the time for filing such a petition has expired. Accordingly, it is

**ORDERED** that the United States' Motion for Final Order of Forfeiture (Dkt. 2028) is **granted**. It is further

**ORDERED** that pursuant to 21 U.S.C. Sec. 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law, subject to the payment of sale costs and valid liens.

One-half of the remaining net proceeds of the sale of the real property, after the satisfaction of the priorities listed above, shall be forfeited to the United States and one-half of the remaining net proceeds shall be returned to Claimant June Schultz;

Clear title to the real property is now vested in the United States of America.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 15th day of October, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record